**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

        Plaintiff-Respondent,

vs.                                **CIV 06-529 MCA/CEG**
                                            **CR 05-1657 MCA**

**JOSE SOCORRO HERNANDEZ-
CISNEROS**,

        Defendant-Movant.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on January 25, 2007 (*Doc. 9)*.  The proposed findings notify both sides of their ability to file objections.  To date, neither side has filed any objections.  I concur with the Magistrate Judge's Proposed Findings and Recommended Disposition.

Wherefore,

IT IS HEREBY ORDERED THAT:

1)        the Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 9)* are adopted;

2)        the Federal Public Defender will be appointed to further represent Movant in this matter; and

3)        upon entry of appearance, counsel for Movant and counsel for the United States shall confer and ascertain whether the failure to appeal issue can be resolved informally and, if not, inform the Magistrate Judge of appropriate dates for an evidentiary hearing and/or briefing schedule.

**M. CHRISTINA ARMIJO**
**UNITED STATES DISTRICT JUDGE**